UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. 2:23-CR-357 (3) |
| | § | |
| RUDY RECIO | § | |

STIPULATION OF FACT

RUDY RECIO, hereinafter referred to as the Defendant, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Alamdar S. Hamdani, through the undersigned Assistant United States Attorney, to the following facts and expected testimony concerning the violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) alleged in Count FIVE of the above-numbered Indictment. The parties agree that these facts are sufficient to establish a factual basis for the Defendant's plea, pursuant to Fed. R. Crim. P. 11(b)(3).

I.

As to Count FIVE, the Defendant confesses that, between October 1, 2022, and on or about February 16, 2023:

1. That the Defendant knowingly possessed a machinegun;
2. The machinegun meets the definition in Title 26, United States Code, Section 5845(b).

II.

The Defendant further stipulates that:

1. On February 15, 2023, the Defendant was stopped in his vehicle by Corpus Christi

Police Officers for a vehicle registration violation; the Defendant was driving the SUV. During the stop, officers smelled marijuana and conducted a search of the SUV. During the search, officers found a Glock pistol, three pistol magazines, and a machinegun conversion device (MCD). The pistol was located in the center console of the SUV, and the MCD was found in a tray on top of the center console.

2. In a search of the Defendant's cell phone, ATF agents discovered photos and videos of the Defendant firing the pistol with the MCD attached, and photos of the Defendant displaying the pistol with the MCD attached. Those photos and videos were dated October 7, 2022, through October 9, 2022.

3. The MCD was sent it to be examined by the Firearms Technology Criminal Branch of the ATF. The FTCB determined the MCD was a "combination of parts designed and intended, for use in converting a weapon into a machinegun"; therefore it meets the definition of "machinegun" as defined in Title 26, United States Code, Section 5845(b) and Title 18 United States Code, Section 921(a)(24).

III.

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt. The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct.

| | |
|---|---|
| /s/ Rudy Recio (signed w permission) | 10-25-23 |
| RUDY RECIO<br>Defendant | Date |
| | |
| /s/ Carlos O Reyna | 10-25-23 |
| Attorney for the Defendant | Date |

2

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____        \_\_\_\_8/31/2023_____
  ASHLEY E. J. MARTIN                             Date
  Assistant United States Attorney